**STATE ex TOLEDO TRUST CO et v FOX et (Board of Revision)**

Ohio Appeals, 6th Dist, Wood Co

Decided Feb 2, 1931

For full opinion see 177 NE 652; 39 Oh Ap 464 (Oh Bar 11-24-31).

**STATE ex REARDON v McDONALD**

Ohio Supreme Court

No. 23031.  Decided Oct 28, 1931

For full opinion see 178 NE 266; 124 Oh St 315 (Oh Bar 12-1-31).

**MILLER AGENCY CO v GREENE**

Ohio Appeals, 6th Dist, Lucas Co

Decided Jan 19, 1931

For full opinion see 177 NE 534; 39 Oh Ap 503 (Oh Bar 12-8-31).